AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Frank Rocco Giustino<br><br>_Defendant_ | ) Case: 1:22-mj-00002<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 01/03/2022<br>) Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Frank Rocco Giustino,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(D)- Violent Entry and Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   01/03/2022

_Issuing officer's signature_: G. Michael Harvey  2022.01.03 15:13:02 -05'00'

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 01/03/2022, and the person was arrested on _(date)_ 01/11/2022
at _(city and state)_ KINGS PARK, NY.

Date:   1/11/2022

_Arresting officer's signature_: Chas. Knapp

CHARLES KNAPP, INVESTIGATOR
_Printed name and title_