NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                          Criminal Number  22-MJ-02

Frank Rocco Giustino
             (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Evan Sugar
*(Attorney & Bar ID Number)*

Federal Defenders of New York, Inc.
*(Firm Name)*

770 Federal Plaza
*(Street Address)*

Central Islip, NY 11722
*(City)          (State)          (Zip)*

631-712-6500
*(Telephone Number)*