# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-mj-002 (RMM) |
| : | |
| **FRANK ROCCO GIUSTINO,** : | |
| : | |
| **Defendant.** : | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Evan Sugar, counsel for Frank R. Giustino ("the defendant"), hereby submit the following Joint Status Report. The parties also respectfully move the Court to continue the Status Conference currently scheduled for May 10, 2022 for a period of approximately 60 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a criminal complaint with: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 1).

2. Defense has returned the executed protective order and has no objection to its content. The government has filed same for the Court's review.

3. The government will now begin producing voluminous discovery to defense and time is needed for defense to review same.

4. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the government provides discovery and the parties discuss resolving the matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

5. Therefore, the parties request the May 10, 2022 Status Conference be continued for approximately 60 days, and that there is an exclusion of time under the Speedy Trial Act from May 10, 2022, through the next scheduled Status Conference.

6. The defendant is out of custody.

7. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/                                                            /s/
Douglas G. Collyer                                  Evan Sugar
Assistant United States Attorney          Federal Public Defender
Capitol Riot Detailee                              Counsel for Frank R. Giustino
NDNY Bar No.: 519096                        Federal Defenders New York
14 Durkee Street, Suite 340                  770 Federal Plaza
Plattsburgh, NY 12901                          Central Islip, NY 11722
(518) 314-7800                                       (631) 712-6502
Douglas.Collyer@usdoj.gov                Evan_Sugar@fd.org