# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-mj-002 |
| : | |
| **FRANK ROCCO GIUSTINO,** : | |
| **Defendant.** : | |
| : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on September 13, 2022 be continued for good cause until November 15, 2022 at 1:00 P.M.; and it is further

**ORDERED** that the time between September 13, 2022 and November 15, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the government time to produce discovery and additional time for the parties to discuss a potential pretrial resolution.

THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE