UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 22-mj-002 |
| : | |
| FRANK ROCCO GIUSTINO, : | |
| Defendant.   : | |
| : | |

**ORDER**

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on November 15, 2022 be continued for good cause until January 17, 2023 at 1:00 PM; and it is further

**ORDERED** that the time between November 15, 2022 and January 17, 2023 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide additional time for the parties to discuss a potential pretrial resolution.

THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE